■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL GOMEZ, Appellant. [679 NYS2d 306] —Judgment, Supreme Court, New York County (Richard Carruthers, J.), rendered December 11, 1995, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to concurrent terms of 4½ to 9 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. We see no reason to disturb the jury's credibility determinations. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER THOMAS, Appellant. [679 NYS2d 306] —Judgment, Supreme Court, New York County (Jerome Hornblass, J.), rendered May 24, 1993, convicting defendant, after a jury trial, of assault in the first degree and criminal possession of a weapon in the second and third degrees, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, 6 to 12 years and 2 to 4 years, respectively, unanimously affirmed.

Defendant's unpreserved challenge to the court's charge to the jury concerning the deliberative process is not exempt from preservation requirements (see, People v Thomas, 50 NY2d 467, 471-474) and we decline to review it in the interest of justice. Were we to review this claim, we would find that the charge, when read as a whole (see, People v Coleman, 70 NY2d 817, 819), conveyed the appropriate standards concerning the requirement of a unanimous verdict. Concur—Rosenberger, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.